We find the evidence sufficient to support the conviction and overrule appellant's contention that the evidence is insufficient to show that appellant wilfully deserted, neglected and refused to support his minor child.

The judgment is affirmed.

Opinion approved by the Court.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 120 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Delbert Calvin POPE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28071.**

Court of Criminal Appeals of Texas.

Feb. 15, 1956.

**Luther OAKS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28072.**

Court of Criminal Appeals of Texas.

Feb. 15, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.